**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BLUEFIELD DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                   **Magistrate Number: 1:07-mj-0066-02**

**JERRY HEADEN**

**O R D E R**

At Beckley, on July 31, 2007, came the United States of America by Miller A. Bushong III, Assistant United States Attorney, and also came the Defendant, in person and by court-appointed counsel, Timothy P. Lupardus, for the purpose of Preliminary and Detention Hearings as previously ordered by the Court. Also present was Jeffrey D. Gwinn, United States Probation Officer.

Defendant submitted a written *Waiver of Preliminary Hearing* which was executed by Defendant and witnessed by defense counsel. The Court accepted the Defendant's written waiver and shall make it a part of the record. Based upon the waiver, the Court found probable cause to believe that the Defendant committed the offense charged in the Criminal Complaint, a violation of Title 21 , U.S.C. § 846. Accordingly, it is hereby **ORDERED** that the Defendant shall be held to answer in District Court.

The Court proceeded to consider the United States' Motion for Detention. Defense counsel advised that Defendant did not wish to contest the detention issue at this time. The Court will, therefore, make findings consistent with the Pretrial Services Report. It is further **ORDERED** that the United States' Motion for Detention is **GRANTED**, and Defendant is remanded to the custody of the United States Marshal pending further proceedings.

Defense counsel made a motion for a copy of pages three and four of the Pretrial Services Report. The motion was **DENIED,** but the Court advised counsel that the Pretrial Services Report would be made available for review in the Office of Probation.

The Clerk is directed to provide a copy of this Order to the Defendant, all counsel of record, the Probation Department, and the United States Marshal in this District.

ENTER: July 31, 2007.

R. Clarke VanDervort
United States Magistrate Judge