IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD


UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 1:07-00140

JERRY HEADEN

ORDER

Before the court is the motion of the United States to
schedule a plea hearing in this matter.  That motion is GRANTED,
and a plea hearing is hereby SCHEDULED for Monday, August 13,
2007, at 2:30 p.m. in Bluefield, West Virginia.

The Clerk is directed to send a copy of this Order to
counsel of record, the Probation Office of this court, and the
United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 2nd day of August, 2007.

ENTER:

David A. Faber
United States District Judge

1