FILED



TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 1:07-00140

JERRY HEADEN

In the presence of Timothy P. Lupardus, Esquire, my counsel, who has fully explained the charges contained in the Information against me, and, having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to the Information.

DATE: _____8-27-07_____        _____Jerry Headen_____
                                        (Defendant)

Witness: _____

_____
        (Counsel)