# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at  Charleston

Date: 8/27/2007                                    Case Number 1:07-cr-140

Case Style: USA vs. Jerry Headen

Type of Hearing Plea Hearing

2512-Faber

Court Reporter Ayme Cochran                    Courtroom Deputy Wayne Hays

Attorney(s) for the Plaintiff or Government Miller Bushong, III


Attorney(s) for the Defendant(s) Tim Lupardus


Law Clerk Seth Hayes                           Probation Officer Dave Stevens

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

Plea Hearing

| CourtTime |
| --- |

2:30 pm    to 3:05 pm
Total Court Time: 0 Hours 35 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

Scheduled Start: 2:30 p.m.
Actual Start: 2:30 p.m.
Defendant present in person and by counsel.
Defendant placed under oath.
Court finds defendant competent to go forward.
Mr. Bushong summarizes plea agreement and files original.
Court conditionally approves the plea agreement.
Defendant executes waiver of Indictment.
A cell phone goes off in the courtroom.
Defendant waives reading of Information.
Court summarizes the Information.
Defendant pleads guilty to Counts 1 and 2 of the Information.
Court reads statute with which defendant is charged.
Defendant advised of elements of offense government would have to prove at trial.
Mr. Bushong places on the record the factual basis for defendant's plea.
Defendant executes written plea of guilty.
Sentencing scheduled for 2:00 p.m. on December 3, 2007, in Bluefield.
Defendant remanded.
Court recessed at 3:05 p.m..

# District Judge Daybook Entry