# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Bluefield
Date: 8/25/2008 Case Number 1:07-cr-140
Case Style: USA vs. Jerry Headen
Type of Hearing Sentencing
2512-Faber
Court Reporter Ayme Cochran Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Miller Bushong, III

Attorney(s) for the Defendant(s) Tim Lupardus

Law Clerk Allison Skinner Probation Officer Teresa King

Trial Time

Non-Trial Time

CourtTime

1:34 pm to 1:58 pm
Total Court Time: 0 Hours 24 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start: 1:30 a.m.
Actual Start: 1:34 a.m.
Court adopts findings in PSR
Court addresses objections.
Court accepts plea agreement.
Base Offense Level: 37
Total Offense Level: 37
Criminal History: II
Custody Range: 235 - 293 months
Supervised Release Range: 3 years
Fine Range: $20,000 - $1,500,000
Assessment: $200
Government moves for substantial assistance
Court grants motion
New guidelines:
Total Offense Level: 34
Criminal History: II
Custody Range: 168 - 210
Supervised Release Range: 3 years
Fine Range: $17,500 - $1,500,000
Mr. Lupardus speaks on Defendant's behalf.
Defendant speaks on his own behalf.
Sentence imposed as follows:
Custody: 180 months on each count to run concurrently
Supervised Release Term: 3 years on each count to run concurrently
Fine: no fine
Assessment: $200

# District Judge Daybook Entry

Court recommends that defendant be incarcerated at the nearest suitable facility to his home.
Defendant advised of his right to appeal.
Defendant remanded.
Court adjourned at 1:58 p.m.