Filed: March 24, 2010

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

RECORD REQUEST

No. 08-4879, US v. Jerry Headen
1:07-cr-00140-1

TO: Teresa L. Deppner

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Joy Hargett Moore
Deputy Clerk
804-916-2702