4cca-30 REV. 10/30/07

# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| ____Notice of Filing<br>____Cross Appeal<br>____Interlocutory Appeal<br>____Additional NOA<br>____Amended NOA<br>_✔_Transmittal of Record<br>____Transmittal of Certif.<br>____Supplement to ROA<br>____Supplemental Certif.<br>____Other ________________ | UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF WEST VIRGINIA at BLUEFIELD<br>Caption:<br>UNITED STATES OF AMERICA<br>v<br>JERRY HEADEN | District Court No.: 1:07-00140-001<br>4CCA No.: 08-4879<br>Consolidated with No.:<br>Case Manager: JOY HARGETT MOORE |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br>9/4/2008 | 4. Fees<br>____USA no fee required<br>$5 filing fee: ____paid ____unpaid<br>$450 docket fee: ____paid ____unpaid<br>Pauper status: _✔_granted____denied____pending in dist.ct. |
| 2. Amended NOA filed: | Does PLRA Apply? ____Yes ____No 3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>DAVID A. FABER | 5. Materials Under Seal in District Court: _✔_Yes ___No<br>Party Names Under Seal in District Court: ___Yes _✔_No |
| 6. Court Reporter(s)(list all):<br>AYME COCHRAN<br>Coordinator:<br>GLORIA BAILEY | 7. Criminal/Prisoner Cases<br>____recalcitrant witness<br>____on death row<br>_✔_in custody<br>____on bond<br>____on probation<br>Defendant's Address:<br>#07783-088, FMC Lexington<br>P. O. Box 14500<br>Lexington, KY 40512 |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
_✔_ORIGINAL RECORD ____ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ____ **PRO SE:** Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>___ YES ___ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): | ____ **PRO SE:** Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): |
| _✔_ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? _✔_ YES ___ NO<br>All transcript on file? ___ YES _✔_ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ____ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: s/Gloria Bailey Phone: 304-347-3051 Date: 03/25/10