**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

SUPPLEMENTAL RECORD REQUEST

---

No. 08-4879, <u>US v. Jerry Headen</u>
1:07-cr-00140-1

TO: Teresa L. Deppner
    UNITED STATES DISTRICT COURT
    Southern District of West Virginia
    Federal Station Box 4128
    Bluefield, WV 24702-0000

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

plea hearing transcript filed 8/30/10

If there is any problem with transmission of the supplemental record, please notify me.

Joy Hargett Moore
Deputy Clerk
804-916-2702