FILED: December 7, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 08-4879
(1:07-cr-00140-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRY HEADEN

Defendant - Appellant

---

J U D G M E N T

---

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK