FILED: December 29, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 08-4879
(1:07-cr-00140-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRY HEADEN

Defendant - Appellant

---

M A N D A T E

---

The judgment of this Court, entered 12/7/2010, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*