UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v. CRIMINAL No. 1:07-00140-01

JERRY HEADEN

UNITED STATES RESPONSE TO COURT ORDER
REGARDING 18 U.S.C. § 3582(c)(2)

Comes now the United States of America by Miller Bushong, Assistant United States Attorney for the Southern District of West Virginia, and responds to the Court's Order entered July 28, 2015, designating this defendant for standard consideration. The United States has no objections to the United States Probation Office's conclusion that this defendant is eligible for application of the November 1, 2014, amendments to the United States Sentencing Guidelines, and it has no objections to the recalculated range of imprisonment under the United States Sentencing Guidelines.

Defendant is serving the original term of imprisonment; the amendment is listed in USSG §1B1.10(d); and the Guideline range applicable to the offender has subsequently been lowered as a result of the listed amendment. Further, the offender is not a "career offender."

While the government recognizes any reduction is discretionary on the part of the Court, it agrees with the Probation Office’s recommendation.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By:

s/Miller A. Bushong III
MILLER A. BUSHONG III
Assistant United States Attorney
WV State Bar No. 5802
110 North Heber Street
Beckley, WV 25801
Telephone: 304-253-6722
Fax: 304-253-9206
E-mail: miller.bushong@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES RESPONSE TO COURT ORDER REGARDING 18 U.S.C. § 3582(c)(2)" has been electronically filed via CM/ECF system which will automatically generate and send a Notice of Electronic Filing to all CM/ECF participants associated with this case on August 12, 2015.

Christian Capece, FPD
Federal Public Defender's Office
300 Virginia Street East
Room 3400
Charleston, WV 25301

s/Miller A. Bushong III
MILLER A. BUSHONG III
Assistant United States Attorney
WV State Bar No. 5802
110 North Heber Street
Beckley, WV 25801
Telephone: 304-253-6722
Fax: 304-253-9206
E-mail: miller.bushong@usdoj.gov