ENTERED

NOV - 4 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT ~~BECKLEY~~ BLUEFIELD

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 1:07-cr-00140**

**JERRY HEADEN**

## ORDER

For reasons appearing to the Court, it is **ORDERED** that the enclosed Motion to Seal and Memorandum of Defendant shall be sealed and impounded by the Clerk until further order of this Court.

Entered this the 2nd day of November, 2015.

David A. Faber

HONORABLE ~~IRENE C. BERGER~~ DAVID A. FABER
UNITED STATES DISTRICT COURT JUDGE