**United States District Court**

**for the**

**Southern District of West Virginia**
**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:    Jerry Headen                              Case Number: 1:07CR00140-001

Name of Sentencing Judicial Officer:    Honorable David A. Faber, Senior United States District Judge

Date of Original Sentence:    August 25, 2008

Original Offense:       18 U.S.C. § 1956 (a)(1)(B)(i) and (h): Conspiracy to commit money laundering and 21 U.S.C. § 846: Conspiracy to distribute oxycodone.

Original Sentence:      180 months of imprisonment on each count to run concurrently, followed by 3 years of supervised release on each count to run concurrently. Resentenced on November 9, 2015, to 147 months on each count to run concurrently, to be followed by 36 months of supervised release on each count to run concurrently.

Type of Supervision: Supervised Release                  Date Supervision Commenced: May 24, 2018

**PETITIONING THE COURT**

[X]    To modify the conditions of supervision as follows:

**The defendant, Jerry Headen, shall participate in the electronic monitoring program for a period of 60 days. The defendant shall abide by all the requirements of the electronic home monitoring program and follow all instructions of the probation officer.**

**The defendant, Jerry Headen, shall pay all cost associated with electronic home monitoring to include a landline and all monitoring cost.**

**CAUSE**

On April 5, 2020, an officer with the Welch, West Virginia, Police Department, received a 911 call wherein it was reported Robert Curtis had been beaten while at Goodson's Grocery Store in Welch, West Virginia. When questioned, the victim stated he was confronted by two large black men in the cereal isle of the store. The assailant, later identified as Jerry Headen, hit Mr. Curtis knocking him to the ground. Mr. Curtis did not know Mr. Headen at the time of the incident. The incident took place in a grocery store in front of Mr. Curtis' six-year-old son and other patrons of the store.

After the initial battery, Mr. Curtis stated he was going to call the police. According to the criminal complaint, Mr. Headen responded "he didn't give a fuck" as he had just done 11 years in prison. Mr. Headen then followed Mr. Curtis to another isle and struck him again several times and knocked him to the ground.

On January 14, 2021, Mr. Headen entered a no contest plea to one count of battery in the Magistrate Court of McDowell County, West Virginia. On that same day, Mr. Headen was sentenced to 30 days in jail, suspended, and one year of unsupervised probation. Mr. Headen was also ordered to pay a $100 fine and $290.25 in court cost.

Jerry Headen
Docket No.: 1:07CR00140-001

Request for Modifying the
Conditions or Term of
Supervision with Consent
of the Offender

Since Mr. Headen's release to supervision on May 24, 2018, there have been no other known violations of his supervision. The offender has remained free of illegal substances and has agreed to this modification. Further Court action will respectfully be requested if Mr. Headen presents any further violations of supervised release during the proposed modification. It is noted that Mr. Headen's term of supervision will expire on May 23, 2021.

Respectfully submitted,

Amy Berry-Richmond
Senior United States Probation Officer
February 5, 2021

THE COURT ORDERS:

[ X]   The modification of conditions as noted above
[  ]   No action
[  ]   The issuance of a summons
[  ]   A hearing be scheduled in this matter
[  ]   Other

The Honorable David A. Faber
Senior United States District Judge

March 23, 2021

Date

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**JERRY HEADEN DOCKET NO. 1:07CR00140-001**

    I, **Jerry Headen**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or supervised release or before my term of supervision is extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that I may waive my right to a hearing after conferring with counsel or by making such waiver before a United States Magistrate Judge.

_____I acknowledge that I have conferred with counsel prior to executing this waiver and I hereby willingly, knowingly, and voluntarily waive my statutory right to a hearing and agree to the following modification(s) of my conditions of probation or supervised release, or to the proposed extension of my term of supervision:

**Probationer or Supervised Releasee**

| | |
|---|---|
| _____ | _____ |
| Print Name | Signature |
| | |
| | _____ |
| | Date |
| **Counsel** | |
| | |
| _____ | _____ |
| Print Name | Signature |
| | |
| | _____ |
| | Date |

**The defendant, Jerry Headen, shall participate in the electronic monitoring program for a period of 60 days. The defendant shall abide by all the requirements of the electronic home monitoring program and follow all instructions of the probation officer.**

**The defendant, Jerry Headen, shall pay all cost associated with electronic home monitoring to include a landline and all monitoring cost.**

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**JERRY HEADEN DOCKET NO. 1:07CR00140-001**

I, **Jerry Headen,** have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or supervised release or before my term of supervision is extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that I may waive my right to a hearing after conferring with counsel or by making such waiver before a United States Magistrate Judge.

*JH* I acknowledge that I have conferred with counsel prior to executing this waiver and I hereby willingly, knowingly, and voluntarily waive my statutory right to a hearing and agree to the following modification(s) of my conditions of probation or supervised release, or to the proposed extension of my term of supervision:

**Probationer or Supervised Releasee**

_____
Print Name

_____
Signature

_____
Date

**Counsel**

Jonathan D. Byrne
_____
Print Name

_____
Signature

2/19/2021
_____
Date

**The defendant, Jerry Headen, shall participate in the electronic monitoring program for a period of 60 days. The defendant shall abide by all the requirements of the electronic home monitoring program and follow all instructions of the probation officer.**

**The defendant, Jerry Headen, shall pay all cost associated with electronic home monitoring to include a landline and all monitoring cost.**